U.S. Bankruptcy Court  
P O Box 2164  
Spokane WA 99210-2164

LF 3011.OR1 (4/08)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

In re:  )  Case No. **98-04622**
  
**James M. Eisele**  )  
  )  **PETITION TO CLAIM**
  )  **UNCLAIMED FUNDS**
  )
Debtor(s)  )

I, the undersigned petitioner, under penalty of perjury under the laws of the United States of America declare (or certify, verify or state) that the following statements and information are true and correct:

1. I am petitioning to receive the total amount of $ **2,369.54** which is the sum of all monies deposited with the court by the case trustee on the following date(s) **September 7, 2006** on behalf of the petitioner **Phillips & Cohen Associates Ltd.**

2. Please check and complete the applicable subparagraph below:

  ___ A. I am the petitioner named in paragraph #1.

  ___ B. I am an employee of the petitioner named in paragraph #1 and my title is _____. The petitioner is still legally entitled to the monies and I am authorized by the petitioner to file this petition.

  **✓** C. I am the lawful attorney-in-fact or the petitioner named in paragraph #1 and I am duly authorized by the attached original power of attorney to file this petition. I am aware of all pertinent state law requirements regarding such powers of attorney. The following is the petitioner's address and phone number, and a brief history of the petitioner (from filing of the claim to present), which includes, if applicable, identification of any sale of the company and the new and prior owners(s): _____

  ___ D. Subparagraphs A and B above do not apply, but I am entitled to payment of such monies because (state basis for your claim): _____

3. *I understand that, pursuant to 18 U.S.C. 152, I may be fined not more than $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document.*

4. On **July 8, 2008**, a copy of this fully completed document was mailed to the U.S. Attorney, P O Box 1494, Spokane, Washington 99210-1494, pursuant to 28 U.S.C. 2042.

FINANCIAL DEPT.

Receipt #   Date

Petitioner's Signature  7/8/08  Date  
**Peter R. Butler, attorney-in-fact**
Petitioner's Name (Type or Print)  
**Asset Recovery Associates**
**2521 Cold Creek Trl., S. Lake Tahoe, CA 96150**
Petitioner's Address

# LIMITED POWER OF ATTORNEY
### LIMITED TO ONE TRANSACTION ONLY

I/we, the undersigned, affirm my/our authority to sign this document on behalf of **Phillips & Cohen Associates, Ltd.**

Under this authority, in order to receive certain funds owed according to public records, and acknowledging that these funds, whether held as excess proceeds from sale of assets or as outstanding, or over-aged warrants, dividends, stale-dated checks, or bankruptcy proceeds, that are collectible by **Phillips & Cohen Associates, Ltd.** as owner or payee directly thereof, **DOES HEREBY APPOINT**

**Asset Recovery Associates / Peter R. Butler, 2521 Cold Creek Trail, South Lake Tahoe, CA 96150**

as my/our Agent and true and lawful Attorney-in-Fact, to act in my/our name and place, and for my/our benefit and on my/our behalf with limited authority and power to do the following:

A: Seek recovery of the uncashed, stale-dated, unclaimed or undelivered funds held by the United States Bankruptcy Court, Eastern District of Washington, in the amount of **$2,369.54**. **The funds are related to Case #98-04622, Debtor: James M. Eisele, Creditor: Phillips & Cohen Associates, Ltd.**

B: Secure, by all means convenient and lawful, the re-issuance and/or possession of the funds described above. To accomplish this limited purpose, I/we give **Asset Recovery Associates / Peter R. Butler** the authority to sign, execute, acknowledge, and deliver the required claim affidavits, petitions, and any other documents reasonably requested, and subsequently to obtain any and all documentation regarding the disposition of the warrant after it is delivered. In no case shall this Attorney-in-Fact or their appointees incur any financial obligation or expense on my/our behalf.

This Limited Power of Attorney expires and becomes void, without exception, 365 days from the date hereof or upon collection of the aforementioned claim(s), whichever is earlier.

Date: JUNE 16, 2008

Printed Name: MATTHEW PHILLIPS

Signature: *(signed)* Matthew Phillips

Title: CO-CHAIRMAN / CEO

Company: PHILLIPS & COHEN ASSOCIATE, Ltd.

Address: 695 RANCOCAS RD, WESTAMPTON, NJ 08060

Phone No. 800-558-9533

Tax ID No. 223527610

STATE OF: NJ

COUNTY OF: BURLINGTON

On JUNE 16, 2008, before me, JENNIFER TAULANE the undersigned Notary Public, personally appeared MATTHEW PHILLIPS, the individual herein named, personally known to me (or proved to me on the basis of sufficient evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her signature on the instrument the person or entity upon behalf of which the person acted, executed the instrument.

**WITNESS** my hand and official seal

(SEAL)

JENNIFER HOPE TAULANE
NOTARY PUBLIC
STATE OF NEW JERSEY
COMM. ID 2304829
MY COMMISSION EXPIRES SEPTEMBER 2, 2008



**RESTRICTIONS:**

**ENDORSEMENTS:**

**CLASS: E** - Any non-commercial vehicle with a GVWR less than 26,001 lbs.

**REPLACEMENT LICENSE REQUIRED WITHIN 10 DAYS OF ADDRESS OR NAME CHANGE.**
The State of Florida retains all property rights herein.

Fred O. Dickinson
Executive Director, DHSMV
Sandra C. Lambert
Director of Driver Licenses
R080909260001

www.hsmv.state.fl.us







**The Creditor's Rights & Bankruptcy Group**

A Division of Phillips & Cohen Associates, Ltd.

...*Recovering the Possibilities*

June 16, 2008

Asset Recovery Associates
2521 Cold Creek Trail
South lake Tahoe, CA 96150

Peter,

The reasons that the unclaimed funds were not received or cashed by us is because the address that you referenced in your letter, 590 S. Lenola Road #3, Maple Shade, NJ 08052, is an office that we used occupy about 10 years ago. We moved from that location to our present location in Westampton, NJ in 1998. Our mail forwarding must have run out by the time that the check was sent there. If questions please contact me at 800-558-9533.

Sincerely,

*Matthew Phillips*

Matthew Phillips
Co-Chairman/CEO




**CORPORATE HEADQUARTERS**
695 Rancocas Road, Westampton, New Jersey 08060
PHONE (888) 608-1766   FAX (888) 999-9373   WEBSITE www.Phillips-Cohen.com   EMAIL Philco@Phillips-Cohen.com

**BRANCH OFFICES**
Newark, Delaware   •   Lauderdale Lakes, Florida




UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:                                      ) Case No: 98-04622
    James M. Eisele             )
                                 )
                                 )
    Debtor(s)                    )
                                 )

### NOTICE OF SERVICE

Notice is hereby given to the court that on July 8, 2008 a copy of this application, claiming funds on behalf of creditor Phillips & Cohen Associates, Ltd., was mailed to the U.S. Attorney for the Eastern District of Washington, 920 W. Riverside Ave., Ste. 340, Spokane, WA 99201.

_____
Petitioner's Signature

Peter R. Butler, attorney-in-fact
Type or Print Name

# 2008 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Jan 24, 2008 8:00 am**
**Secretary of State**
01-24-2008 90025 006 ***150.00

**DOCUMENT # F01000003512**

1. Entity Name
**PHILLIPS & COHEN ASSOCIATES, LTD., CORP.**

| Principal Place of Business | Mailing Address |
|---|---|
| 695 RANCOCAS ROAD<br>WESTAMPTON, NJ 08060 | 695 RANCOCAS ROAD<br>WESTAMPTON, NJ 08060 |

2. Principal Place of Business - No P.O. Box #
3. Mailing Address

Suite, Apt. #, etc.
City & State
Zip    Country

01162008    Chg-P    CR2E034 (12/06)

4. FEI Number: 22-3527610    [ ] Applied For  [ ] Not Applicable
5. Certificate of Status Desired [ ]  $8.75 Additional Fee Required

6. Name and Address of Current Registered Agent

OFFENBERG, LAYN
300 NW 82ND AVE
500
PLANTATION, FL 33324

7. Name and Address of New Registered Agent

Name:
Street Address (P.O. Box Number is Not Acceptable):
City:    FL    Zip Code:

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE: _____
Signature, typed or printed name of registered agent and title if applicable.  (NOTE: Registered Agent signature required when reinstating)    DATE

**FILE NOW!! FEE IS $150.00**
**After May 1, 2008 Fee will be $550.00**

9. Election Campaign Financing Trust Fund Contribution. [ ]    $5.00 May Be Added to Fees

### 10. OFFICERS AND DIRECTORS / 11. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11

| | Officers/Directors | | | Changes |
|---|---|---|---|---|
| TITLE | CRTD | [ ] Delete | TITLE | [ ] Change [ ] Addition |
| NAME | PHILLIPS, MATTHEW M | | NAME | |
| STREET ADDRESS | 695 RANCOCAS ROAD | | STREET ADDRESS | |
| CITY-ST-ZIP | WESTAMPTON, NJ 08060 | | CITY-ST-ZIP | |
| TITLE | CVSD | [ ] Delete | TITLE | [ ] Change [ ] Addition |
| NAME | COHEN, ADAM S | | NAME | |
| STREET ADDRESS | 695 RANCOCAS ROAD | | STREET ADDRESS | |
| CITY-ST-ZIP | WESTAMPTON, NJ 08060 | | CITY-ST-ZIP | |
| TITLE | P | [ ] Delete | TITLE | [ ] Change [ ] Addition |
| NAME | ENDERS, HOWARD A | | NAME | |
| STREET ADDRESS | 695 RANCOCAS ROAD | | STREET ADDRESS | |
| CITY-ST-ZIP | WESTAMPTON, NJ 08060 | | CITY-ST-ZIP | |
| TITLE | VP | [X] Delete | TITLE | [ ] Change [ ] Addition |
| NAME | MARTIN, RONALD J | | NAME | |
| STREET ADDRESS | 358 CHAPMAN RD | | STREET ADDRESS | |
| CITY-ST-ZIP | NEWARK, DE 19702 | | CITY-ST-ZIP | |
| TITLE | | [ ] Delete | TITLE | [ ] Change [ ] Addition |
| NAME | | | NAME | |
| STREET ADDRESS | | | STREET ADDRESS | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | |
| TITLE | | [ ] Delete | TITLE | [ ] Change [ ] Addition |
| NAME | | | NAME | |
| STREET ADDRESS | | | STREET ADDRESS | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | |

12. I hereby certify that the information supplied with this filing does not qualify for the exemptions contained in Chapter 119, Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 10 or Block 11 if changed, or on an attachment with an address, with all other like empowered.

**SIGNATURE:** _____ Howard Enders    1/23/08    302 355-3500
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR    Date    Daytime Phone #

# Electronic Articles of Incorporation For

P06000041956
FILED
March 23, 2006
Sec. Of State
dwhite

PHILLIPS & COHEN ASSOCIATES INTERNATIONAL, CORP.

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
PHILLIPS & COHEN ASSOCIATES INTERNATIONAL, CORP.

## Article II
The principal place of business address:
300 NW 82ND AVENUE
SUITE 700
PLANTATION, FL. 33324

The mailing address of the corporation is:
695 RANCOCAS RD
WESTAMTPON, NJ. 08060

## Article III
The purpose for which this corporation is organized is:
ANY AND ALL LAWFUL BUSINESS.

## Article IV
The number of shares the corporation is authorized to issue is:
100

## Article V
The name and Florida street address of the registered agent is:
LAYN OFFENBERGER
300 NW 82ND AVENUE
SUITE 700
PLANTATION, FL. 33324

I certify that I am familiar with and accept the responsibilities of registered agent.

P06000041956
FILED
March 23, 2006
Sec. Of State
dwhite

Registered Agent Signature:   LAYN OFFENBERGER

## Article VI

The name and address of the incorporator is:

HOWARD A ENDERS
695 RANCOCAS RD

WESTAMPTON, NJ 08060

Incorporator Signature:   HOWARD A ENDERS

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:  P
ADAM S COHEN
695 RANCOCAS RD
WESTAMPTON, NJ.  08060

Title:  VP
MATTHEW M PHILLIPS
300 NW 82ND AVENUE, SUITE 700
PLANTATION, FL.  33324

Title:  S
HOWARD A ENDERS
258 CHAPMAN RD, SUITE 205
NEWARK, DE.  19702

## Article VIII

The effective date for this corporation shall be:

03/23/2006